(No. 75-CC-364— )

TIM SWAIN II, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed February 4, 1975.*

TIM SWAIN II, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-369— )

ROCKFORD ANESTHESIOLOGISTS ASSOCIATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILD AND FAMILY SERVICES, Respondent.

*Opinion filed February 4, 1975.*

ROCKFORD ANESTHESIOLOGISTS ASSOCATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.